**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>SRGMF II LAKE CITY SEATTLE LLC and YUAN BAO LLC., individually.<br><br>Defendants. | Cause No. 2:21-cv-0730  RSL<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff, Robert Kessler, and all Defendants in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

Dated this 10th day of September, 2021.

_____
Robert S. Lasnik
United States District Judge